

# NUMBER 13-23-00453-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MAURILIO NAVARRO AND
ZULEMA CAVAZOS,                                         Appellants,

v.

NATIONAL GENERAL
INSURANCE CO.,                                          Appellee.

## On appeal from the County Court at Law No. 9
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Peña

On October 24, 2023, appellants Maurilio Navarro and Zulema Cavazos filed a
notice of appeal from an order dismissing their case against National General Insurance
Co. On November 27, 2023, the clerk's record was filed, and the Clerk of the Court

advised appellants that the briefing time schedule had begun. Thus, appellants' brief was due to be filed on December 27, 2023. On January 9, 2024, the Clerk notified appellants that their brief had not been timely filed and informed them that the appeal would be dismissed for want of prosecution unless appellants reasonably explained their failure to timely file a brief and the appellee would not be significantly injured by a late filing. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c). Counsel for appellants has subsequently advised the Court that they will not be filing a brief in this matter.

The Court, having examined and fully considered the foregoing sequence of events, is of the opinion that the appeal should be dismissed for want of prosecution. *See id.* R. 38.8(a); *Nevarez v. Elguea*, 181 S.W.3d 540, 541 (Tex. App.—El Paso 2005, no pet.). Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
22nd day of February, 2024.

2